UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PABLO GUARTAZACA-DUTAN,<br><br>                Petitioner,<br><br>    v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                Respondent. | Case No. C20-0869-JLR-MAT<br><br>REPORT AND RECOMMENDATION |

       Petitioner initiated this 28 U.S.C. § 2241 immigration habeas action pro se to obtain release from detention. (Dkt. 4.) The government opposed the petition and requested dismissal. (Dkt. 6.) Petitioner did not oppose the motion to dismiss. The government recently advised the Court petitioner has been released from detention and requests dismissal of this action as moot. (Dkt. 8.)

       Under Article III of the U.S. Constitution, federal courts may adjudicate only actual, ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because petitioner's habeas petition seeks only release from detention, his claims have been fully resolved. *See id*. at 1065.

REPORT AND RECOMMENDATION - 1

1  Accordingly, there is no collateral consequence that could be redressed by the Court and
2  petitioner's habeas petition should be dismissed as moot. *See id*.

3  The Court thus recommends this action be DISMISSED without prejudice. A proposed
4  order accompanies this Report and Recommendation.

5  Objections to this Report and Recommendation, if any, should be filed with the Clerk and
6  served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report
7  and Recommendation is signed. Failure to file objections within the specified time may affect your
8  right to appeal. Objections should be noted for consideration on the District Judge's motions
9  calendar for the third Friday after they are filed. Responses to objections may be filed within
10 **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be
11 ready for consideration by the District Judge on **December 28, 2020**.

12 Dated this 1st day of December, 2020.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2